ANNA C. HAZEN AND ELEANOR SMITH, CO-EXECUTRICES OF THE ESTATE OF BERTHA STEINS, PLAINTIFFS-RESPONDENTS, v. DIVISION OF MEDICAL ASSISTANCE AND HEALTH SERVICES, DEPARTMENT OF HUMAN SERVICES, STATE OF NEW JERSEY, DEFENDANT-APPELLANT.

Argued November 7, 1984—Decided December 7, 1984.

*Karen L. Suter*, Deputy Attorney General, argued the cause for appellant (*Irwin I. Kimmelman*, Attorney General of New Jersey, attorney; *James J. Ciancia*, Assistant Attorney General, of counsel).

*Philip Elberg* argued the cause for respondent (*Medvin & Elberg,* attorneys).

PER CURIAM.

The members of the Court being equally divided, it is ordered that the judgment of the Appellate Division is affirmed.

*For affirmance* —Chief Justice WILENTZ and Justices POLLOCK and GARIBALDI—3.

· *For reversal* —Justices CLIFFORD, SCHREIBER and HANDLER—3.